# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br><br> CHRISTOPHER WILLIAMS <br><br><br> _Defendant_ | ) ) Case No: 5:18-mj-2110-JG ) ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ CHRISTOPHER WILLIAMS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
On or about December 8, 2018, in the Eastern District of North Carolina, the defendant, Christopher Williams, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, did knowingly possess a firearm and ammunition, in and affecting commerce, in violation of 18 U.S.C. Section 922(g)(1), 924; did knowingly possess a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. Section 924(c); did knowingly and intentionally possess with the intent to distribute a quantity of crack cocaine in violation of 21 U.S.C. Section 841(a)(1).

Date: 14 Dec. 2018

_Issuing officer's signature_

City and state: Raleigh, North Carolina

James E. Gates, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 12/14/18 , and the person was arrested on _(date)_ 12/19/18
at _(city and state)_ Vance Co. Jail

Date: 12/19/18

J. Jeter, ATF
_Arresting officer's signature_

S. Tanner, USMS E/NC
_Printed name and title_

FILED
DEC 20 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:19-cr-00010-D   Document 11   Filed 12/20/18   Page 1 of 1