UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-10-D-1

UNITED STATES OF AMERICA )
)
)
v. ) WAIVER OF INITIAL APPEARANCE
) ON A SUPERSEDING INDICTMENT
)
Christopher Williams )

Defendant Christopher Williams, by and through undersigned counsel, waives the right to an initial appearance on the superseding indictment filed on 2/6/2019. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

Additional comments: _____

_____

_____

Date: 2-27-19

Signature: Kimberly A. Moore