IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00010-D-1

FILED IN OPEN COURT
ON 7/1/2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| CHRISTOPHER WILLIAMS | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of plea of guilty by the defendant on March 12, 2019 to violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 856(a)(1) and 2, and 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, including the declaration of Special Agent Tanisha Jeter, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. 924(d)(1), to wit:

- One tract of real property, with all improvements thereto, located in Vance County, North Carolina, and more fully described in a deed recorded in Book 743, Page 448 of the Vance County Registry, being last titled in the name of Irene Williams, and having the street address of 310 Yancey Lane, Henderson, North Carolina (the "Yancey Lane Property"); and

- All magazines and related ammunition;

1

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That the United States is hereby authorized to seize the above-stated property, including by, as necessary, requiring all current occupants to vacate the Yancey Lane Property within thirty (30) days, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

2

Case 5:19-cr-00010-D   Document 70   Filed 07/01/19   Page 2 of 3

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED, this 1 day of July, 2019.

JAMES C. DEVER, III
United States District Judge