IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:19-CR-10-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed Motion to Seal Exhibit to Motion for Compassionate Release.

IT IS ORDERED that:

1. Defendant Williams' Motion is GRANTED.

2. The Clerk of Court is directed to file the proposed sealed document as sealed.

DATED this 16 day of March, 2021.

JAMES C. DEVER III
United States District Judge